BENJAMIN B. WAGNER
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>4901 LITTLE OAK LANE, APARTMENT #185 SACRAMENTO, CA 95841 | 2:14-SW-0361-KJN<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, hereby ordered unsealed except the original, unredacted version of the search warrant affidavit.

Dated: 8-18-2015

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE